**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6579**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TONY WASHINGTON, a/k/a Antonio Wallace,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:16-cr-00235-SAG-10)

Submitted:  October 10, 2024                    Decided:  October 16, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tony Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Washington appeals the district court's order denying his Fed. R. Civ. P. 60 motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Washington*, No. 1:16-cr-00235-SAG-10 (D. Md. May 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*